UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                              In Bankruptcy

**JANINE COLE**                          *Case No.: 08-70713-WS*
                                                           *Chapter 7*
                                                           *Honorable WALTER SHAPERO*

_____Debtor (s)_____/

**NOTICE OF UNDER $5.00 DIVIDEND**

**TO THE CLERK OF THE COURT:**

       The attached check in the amount of $4.06 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| SEMCO ENERGY<br>PO Box 79001<br>Detroit, MI 48279 | 1 | $2.13 |
| SEMCO ENERGY<br>PO Box 79001<br>Detroit, MI 48279 | 2 | $1.93 |

Dated: September 22, 2010

                                              */s/ BASIL T. SIMON (P26340)____*
                                              Chapter 7 Trustee
                                              422 W. Congress, Suite 400
                                              Detroit, MI 48226
                                              313/962-6400
                                              bsimon@sszpc.com