UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter Of:

*JANINE COLE*

Chapter 7
*Case No.: 08-70713-WS*
*Chapter 7*
*Honorable WALTER SHAPERO*

_____Debtor (s)_____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $82.53 represents the total sum of unclaimed dividends in this estate to date and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO: | AMOUNT OF DIVIDEND |
|---|---|---|
| ALGONAC CITY TREASURER<br>805 St. Clair Drive<br>Algonac, MI 48001 | 10 | 82.53 |
|  |  |  |

Dated: October 11, 2010

/s/ BASIL T. SIMON (P26340)_____
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com